IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Ryan W. Davis, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 6:24-cv-03317-RK |
| | ) | |
| City of Sparta, Missouri, et al., | ) | |
| | ) | |
|       Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Mary J. Smith of Appleby Healy, Attorneys at Law, P.C., to enter her appearance as an Attorney of Record for Plaintiff Ryan W. Davis in the above-styled case. Donovan D. Dobbs is Lead Attorney.

                                              Respectfully Submitted,

                                              APPLEBY HEALY,
                                              ATTORNEYS AT LAW, P.C.

                                              <u>/s/ Mary J. Smith</u>
                                              Mary J. Smith, Esq.
                                              Missouri Bar No. 76776
                                              Donovan D. Dobbs, Esq.
                                              Missouri Bar No. 59463
                                              Attorneys for Plaintiff
                                              P.O. Box 158
                                              Ozark, Missouri, 65721
                                              Telephone: (417) 581-2411
                                              Facsimile: (417) 581-2447
                                              Email: mary@ahl.email
                                                        ddobbs@ahl.email

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this November 20, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ Mary J. Smith
Mary J. Smith, Esq.
